IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Cavaliere Jr, Emorico H | Case Number:  06 B 14605 |
| | Judge:  Wedoff, Eugene R |
| Printed: 02/24/09 | Filed:  11/8/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed:  October 16, 2008
Confirmed:  March 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 46,024.00 |  |
| Secured: |  | 6,857.44 |
| Unsecured: |  | 1,579.88 |
| Priority: |  | 32,747.98 |
| Administrative: |  | 2,314.00 |
| Trustee Fee: |  | 2,517.80 |
| Other Funds: |  | 6.90 |
| Totals: | 46,024.00 | 46,024.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Joseph P Doyle | Administrative | 2,314.00 | 2,314.00 |
| 2. | Joseph P Doyle | Administrative | 1,814.00 | 0.00 |
| 3. | Illinois Dept of Revenue | Secured | 25,715.65 | 6,857.44 |
| 4. | Internal Revenue Service | Priority | 9,913.04 | 2,727.60 |
| 5. | Illinois Dept of Revenue | Priority | 109,445.56 | 30,020.38 |
| 6. | ECast Settlement Corp | Unsecured | 1,068.94 | 0.00 |
| 7. | Andy Nyguen | Unsecured | 6,403.28 | 1,579.88 |
| 8. | Illinois Dept of Revenue | Unsecured | 11,481.84 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 858.52 | 0.00 |
| 10. | American Express Travel Relate | Unsecured | 731.03 | 0.00 |
| 11. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 12. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | Capital One | Unsecured | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | Commercial Recovery Corp | Unsecured | | No Claim Filed |
| 18. | Capital One | Unsecured | | No Claim Filed |
| 19. | Capital One | Unsecured | | No Claim Filed |
| 20. | Capital One | Unsecured | | No Claim Filed |
| 21. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 22. | HSBC | Unsecured | | No Claim Filed |
| 23. | Encore | Unsecured | | No Claim Filed |
| 24. | Capital One | Unsecured | | No Claim Filed |
| | | | $ 169,745.86 | $ 43,499.30 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Cavaliere Jr, Emorico H | Case Number:  06 B 14605 |
| | Judge:  Wedoff, Eugene R |
| Printed: 02/24/09 | Filed:  11/8/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 2,323.24 |
| 6.5% | 194.56 |
| | $ 2,517.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*